**Marquis Aurbach**
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jmoser@maclaw.com
  *Attorneys for Defendant,*
  *Earth Limousines, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE WARING, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>EARTH LIMOUSINES, LLC, a Nevada corporation; DOES 1 through 50, inclusive,<br><br>    Defendant(s). | Case Number: 2:26-cv-01029-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff MICHELLE WARING ("Plaintiff") and Defendant EARTH LIMOUSINES, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and jointly stipulate to the following:

1.     WHEREAS, on April 2, 2026, Plaintiff filed a Collective and Class Action Complaint [ECF No. 1] ("Complaint");

2.     WHEREAS, Defendant was served on or about April 16, 2026;

3.     WHEREAS, Defendant's deadline to respond to the Complaint would be May 7, 2026; and,

4.     WHEREAS, Defendant's counsel was just retained and has requested time to review relevant records and evaluate the facts of this dispute before responding to the Complaint or discussing early resolution;

/ / /

MAC: 17953-002 (#6371848.1) 5/4/2026 2:02 PM

5.      NOW, THEREFORE, Plaintiff and Defendant agree that the deadline for Defendant to file and serve a response, currently due on May 7, 2026, shall be extended to June 2, 2026.

6.      The instant stipulation is being made in good faith and not for purposes of delay, and no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

DATED this 4th day of May, 2026.

THIERMAN BUCK

By:   */s/ Joshua D. Buck*
        Joshua D. Buck, Esq.
        Nevada Bar No. 12187
        Jared M. Moser, Esq.
        Nevada Bar No. 13161
        325 West Liberty Street
        Reno, Nevada 89501
        *Attorneys for Plaintiff,*
        *Michelle Waring, on behalf of*
        *herself and all others similarly*
        *situated*

DATED this 4th day of May, 2026.

MARQUIS AURBACH

By:   */s/ Jared M. Moser*
        Jared M. Moser, Esq.
        Nevada Bar No. 13003
        10001 Park Run Drive
        Las Vegas, Nevada 89145
        *Attorneys for Defendant,*
        *Earth Limousines, LLC*

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 5th day of _____ May _____, 2026.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 17953-002 (#6371848.1) 5/4/2026 2:02 PM