**Marquis Aurbach**
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jmoser@maclaw.com
  *Attorneys for Defendant,*
  *Earth Limousines, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE WARING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EARTH LIMOUSINES, LLC, a Nevada corporation; DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case Number: 2:26-cv-01029-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff MICHELLE WARING ("Plaintiff") and Defendant EARTH LIMOUSINES, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and jointly stipulate to the following:

1.     WHEREAS, on April 2, 2026, Plaintiff filed a Collective and Class Action Complaint [ECF No. 1] ("Complaint");

2.     WHEREAS, Defendant was served on or about April 16, 2026;

3.     WHEREAS, Defendant's deadline to respond to the Complaint was May 7, 2026, and extended to June 2, 2026; and,

4.     WHEREAS, Defendant's counsel was retained and had requested time to review relevant records and evaluate the facts of this dispute before responding to the Complaint or discussing early resolution;

/ / /

MAC: 17953-002 (#6410709.1) 5/29/2026 12:17 PM

*MARQUIS AURBACH*
*10001 Park Run Drive*
*Las Vegas, Nevada 89145*
*(702) 382-0711 FAX: (702) 382-5816*

5.      NOW, THEREFORE, Plaintiff and Defendant agree that the deadline for Defendant to file and serve a response, currently due on June 2, 2026, shall be extended to June 12, 2026, to allow the parties additional time to explore the facts of the dispute and to facilitate settlement discussions.

6.      The instant stipulation is being made in good faith and not for purposes of delay, and no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

DATED this <u>29th</u> day of May, 2026.

THIERMAN BUCK

By: */s/ Leah L. Jones*
   Joshua D. Buck, Esq.
   Nevada Bar No. 12187
   Leah L. Jones, Esq.
   Nevada Bar No. 13161
   325 West Liberty Street
   Reno, Nevada 89501
   *Attorneys for Plaintiff,*
   *Michelle Waring, on behalf of*
   *herself and all others similarly*
   *situated*

DATED this <u>29th</u> day of May, 2026.

MARQUIS AURBACH

By: */s/ Jared M. Moser*
   Jared M. Moser, Esq.
   Nevada Bar No. 13003
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for Defendant,*
   *Earth Limousines, LLC*

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this __8th__ day of _____June_____, 2026.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

MAC: 17953-002 (#6410709.1) 5/29/2026 12:17 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816