Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
**THIERMAN BUCK**
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*ATTORNEYS FOR PLAINTIFF and All Others Similarly Situated*

DORA V. LANE
Nevada Bar No. 8424
MICHAEL T. GEBHART
Nevada Bar No. 7718
**ASCENT LAW, PC**
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511
(775) 671-6171
dora@ascent-employmentlaw.com
michael@ascent-employmentlaw.com

*ATTORNEYS FOR DEFENDANT, Earth Limousines, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHELLE WARING, on behalf of herself and all others similarly situated,

Plaintiff

v.

EARTH LIMOUSINES, LLC, a Nevada corporation; DOES 1 through 50, inclusive,

Defendant

Case No.: 2:26-cv-01029-CDS-MDC

**STIPULATION TO DISMISS WITH PREJUDICE**

/ / /

/ / /

/ / /

THIERMAN BUCK
325 W. Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

THIERMAN BUCK
325 W. Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

The Parties in this case, Plaintiff MICHELLE WARING, by and through her counsel of record, THIERMAN BUCK, and Defendant EARTH LIMOUSINES, LLC, by and through its counsel of record, ASCENT LAW, PC, hereby stipulate to the dismissal of the above-captioned matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). The Parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| Dated: August 5, 2026 | Dated: August 5, 2026 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Leah L. Jones* | /s/ *Dora Lane* |
| Joshua D. Buck, Esq.<br>Leah L. Jones, Esq.<br>THIERMAN BUCK | Dora Lane, Esq.<br>Michael Gebhart, Esq<br>ASCENT LAW, PC |
| *Attorneys for Plaintiff*<br>*Michelle Waring* | *Attorneys for Defendant*<br>Earth Limousines, LLC |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

______________________________
UNITED STATES DISTRICT JUDGE

Dated: August 7, 2026